

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik | Civil Action No.  22cv0440-TWR-MDD |
| Plaintiff, | |
| V. | |
| Buffalo Wild Wings, LLC | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that upon consideration of the instant Complaint and Mr. Strojnik's letter requesting permission to file it, the Court REJECTS the Complaint pursuant to Judge Burns' Prefiling Order for failure adequately to allege Article III standing and as asserted for an improper purpose. Case is closed.

Date:      4/8/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Hernandez
T. Hernandez, Deputy