# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER:   22-cv-00440-TWR-MDD | |
| TITLE:   Strojnik v. Buffalo Wild Wings, LLC | |
| FILED DATE:  4/15/2022 | DOCUMENT NO.:   4 |
| DOCUMENT TITLE:   Motion to Reconsider and to Strike Disparaging Comments | |
| DOCUMENT FILED BY:   Peter Strojnik | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER: Case is closed;

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document; and

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document will remain as filed despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following:  [Click here] |
| ☐ | The document is REJECTED.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents shall be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   April 18, 2022          CHAMBERS OF:  The Honorable Todd W. Robinson

cc: All Parties          By: /s/ SAD